TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-99-00481-CR

Manuel Elizondo, Jr., Appellant

v.

The State of Texas, Appellee

FROM THE COUNTY COURT AT LAW NO. 2 OF BELL COUNTY

NO. 2C97-6681, HONORABLE JOHN BARINA, JR., JUDGE PRESIDING

PER CURIAM

Appellant's motion to dismiss this appeal is granted. See Tex. R. App. P. 42.2(a). 
The appeal is dismissed.

Before Justices Jones, Kidd and Patterson

Dismissed on Appellant's Motion

Filed: October 7, 1999

Do Not Publish